UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE FELTZIN, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:17-cv-00606-DRH-AYS |
| WEISSMAN SELDEN PROPERTIES, LLC, a New York Limited Liability Company, and WEISSMAN BAYPORT PROPERTIES, LLC, a New York Limited Liability Company, | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Lawrence Feltzin, by and through his undersigned counsel, and herein files this Notice of Voluntary Dismissal as to all Defendants: WEISSMAN SELDEN PROPERTIES, LLC, a New York Limited Liability Company, and WEISSMAN BAYPORT PROPERTIES, LLC, a New York Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Dated:  November 14, 2018

Respectfully submitted,

/s/  Lawrence A. Fuller
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com
and
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
305 Broadway
New York, NY 10007
(973)994-6777
Fax: (973)994-1296
Email: kharris@bhs-law.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2018, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

        /s/  Lawrence A. Fuller_____
Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com
and
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
305 Broadway
New York, NY 10007
(973)994-6777
Fax: (973)994-1296
Email: kharris@bhs-law.com

*Attorneys for the Plaintiff*

**SO ORDERED:**

_____
U.S. DISTRICT JUDGE